UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DELBERT CHARLES COBB, | Case No. 3:15-cv-00172-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| E. K. McDANIELS, | |
| Respondents. | |

Petitioner has filed a second amended petition. (ECF No. 17.) The Court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court will direct respondents to file a response.

It is therefore ordered that respondents will have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the second amended petition (ECF No. 17). Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner will have forty-five (45) days from the date on which the answer is served to file a reply.

DATED THIS 7th day of June 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE