UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELBERT CHARLES COBB,<br><br>　　　　　　　Petitioner,<br>　v.<br>E. K. McDANIELS,<br><br>　　　　　　　Respondents. | Case No. 3:15-cv-00172-MMD-WGC<br><br>ORDER |

Before the Court are respondents' motion for waiver of compliance with LR IA 10-3 (ECF No. 46), petitioner's motion for extension of time to file opposition to motion to dismiss (first request) (ECF No. 47), and petitioner's unopposed motion for leave to exceed page limit (ECF No. 48). The court grants all three motions.

It is therefore ordered that respondents' motion for waiver of compliance with LR IA 10-3 (ECF No. 46) is granted.

It is further ordered that motion for extension of time to file opposition to motion to dismiss (first request) (ECF No. 47) is granted. Petitioner will have through August 17, 2016, to file and serve a response to the motion to dismiss (ECF No. 32).

It is further ordered that petitioner's unopposed motion for leave to exceed page limit (ECF No. 48) is granted.

DATED THIS 16th day of August 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE