# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELBERT CHARLES COBB,<br><br>　　　　　　　　Petitioner,<br>　v.<br>JO GENTRY, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:15-cv-00172-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 83). The Court finds that the request is made in good faith and not solely for the purpose of delay, and that good cause therefore exists to grant the motion.

It therefore is ordered that respondents' unopposed motion for enlargement of time (first request) (ECF No. 83) is granted. Respondents will have up to and including September 21, 2021, to respond to the second amended petition (ECF No. 17).

DATED THIS 7th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE