UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DELBERT CHARLES COBB,

                      Petitioner,

    v.

JO GENTRY, et al.,

                      Respondents.

Case No. 3:15-cv-00172-MMD-WGC

ORDER

Respondents have filed an unopposed motion for enlargement of time (second request) (ECF No. 101). The Court finds that the request is made in good faith and not solely for the purpose of delay, and that therefore good cause exists to grant the motion.

It further is ordered that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 101) is granted. Respondents will have up to and including February 10, 2022, to file a reply to the opposition to the motion to dismiss.

DATED THIS 4th Day of January 2022

                                                     
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE