UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DELBERT CHARLES COBB,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>JO GENTRY, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:15-cv-00172-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (third request) (ECF No. 104) to file a reply to Petitioner Delbert Charles Cobb's opposition to their motion to dismiss. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (third request) (ECF No. 104) is granted. Respondents will have up to and including March 3, 2022, to file a reply to the opposition to the motion to dismiss.

DATED THIS 14th Day of February 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE