UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELBERT CHARLES COBB,<br><br>               Petitioner,<br>v.<br>JO GENTRY, *et al.*,<br><br>               Respondents. | Case No. 3:15-cv-00172-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (fourth request) (ECF No. 106) to file a reply in support of their motion to dismiss (ECF No. 85). The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It therefore is ordered that Respondents' unopposed motion for enlargement of time (fourth request) (ECF No. 106) is granted. Respondents will have up to and including March 7, 2022, to file a reply to the opposition to the motion to dismiss.

DATED THIS 7th Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE