UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELBERT CHARLES COBB,<br><br>　　　　　　　Petitioner,<br>　v.<br>E.K. MCDANIELS, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:15-cv-00172-MMD-CSD<br><br>ORDER |

　　　Respondents move for an extension of time to answer Petitioner Delbert Charles Cobb's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 111.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　It is therefore ordered that Respondents' unopposed motion for extension of time to file an answer (ECF No. 111) is granted. The deadline to file the answer is extended to December 8, 2022.

　　　DATED THIS 24th Day of October 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE