UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELBERT CHARLES COBB, | Case No. 3:15-cv-00172-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| E.K. MCDANIELS, *et al.*, | |
| Respondents. | |

Respondents ask for an extension of time to answer Petitioner Delbert Charles Cobb's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 115.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion. The Court notes that, absent extraordinary circumstances, it is unlikely to grant any further extension.

It is therefore ordered that Respondents' unopposed third motion for extension of time to file an answer (ECF No. 115) is granted. The deadline to file the answer is extended to March 9, 2023.

DATED THIS 25th Day of January 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE