UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELBERT CHARLES COBB,<br><br>   Petitioner,<br><br>   v.<br><br>E.K. MCDANIELS, *et al.*,<br><br>   Respondents. | Case No. 3:15-cv-00172-MMD-CSD<br><br>ORDER |

Petitioner Delbert Charles Cobb asks the Court for a two-week extension to file a reply in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 118.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file a reply in support of the petition (ECF No. 118) is granted. The deadline to file the reply is extended to May 8, 2023.

DATED THIS 26th Day of April 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE